William H. Flaherty, Appellant, v. Tunis G. Bergen, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

James Foley, an Infant, by John T. Foley, His Guardian ad Litem, Respondent, v. Benjamin I. Rosenquist, Appellant.— Order of the City Court of Yonkers unanimously affirmed by default, with costs. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Harry Jackson, Appellant, v. Samuel Hein, Respondent.— Order modified by striking out the allowance of fifty dollars costs to defendant, and as modified affirmed, without costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Ludviska H. Larsen, as Administratrix, etc., of Rognald John Larsen, Deceased, Respondent, v. The United States Mortgage and Trust Company, Appellant.— Judgment and order unanimously affirmed, with costs; order granting extra allowance reversed, without costs, on the ground of want of authority in the court below to grant the same. No opinion. Present — Hirschberg, P. J., Woodward, Hooker and Rich, JJ.

Emma Latourette and Others, Appellants, v. Abraham Latourette and Armenia Latourette, Respondents, Impleaded with Susan A. Latourette and Others.— Judgment modified so as to give the plaintiffs leave to plead over upon payment of costs within twenty days, and as modified affirmed, without costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Hiram McGonegal, Appellant, v. Joseph A. Blair, Respondent.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.